IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SHAWN GREENE, ) | CASE NO. 4:06CV1004 |
| ) | |
| PETITIONER, ) | |
| ) | |
| v. ) | JUDGE PETER C. ECONOMUS |
| ) | |
| DAVID BOBBY, ) | |
| WARDEN, ) | |
| ) | |
| RESPONDENT. ) | MEMORANDUM OPINION |
| ) | AND ORDER |

On April 24, 2006, Petitioner, Shawn Greene, ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his criminal conviction. This case was referred to Magistrate Judge George J. Limbert for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and LR 72.1 (Dkt. # 4). On January 23, 2007, Magistrate Judge Limbert filed a report recommending that this Court dismiss Petitioner's application for writ of habeas corpus with prejudice. (Dkt. # 13). On February 5, 2007, Petitioner filed objections to this recommendation (Dkt. # 14).

The Court has reviewed the report and recommendation of the Magistrate Judge, *de novo*. The Court finds that the report and recommendation (Dkt. # 13) is well-supported. Therefore, Magistrate Judge Limbert's report and recommendation is hereby **ADOPTED** and Petitioner's objections are overruled.

Accordingly, Petitioner's application for Writ of Habeas Corpus is **DENIED.** The

court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus - February 12, 2006**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**